**CELSIS IN VITRO, INC.,**
**Plaintiff–Appellee,**

v.

**CELLZDIRECT, INC., and Invitrogen Corporation, Defendants–Appellants.**

No. 2010–1547.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2010.

Francis M. Wikstrom, Parsons Behle & Latimer, Salt Lake City, UT, for Defendants–Appellants.

Jordan A. Sigale, Loeb & Loeb LLP, Chicago, IL, for Plaintiff–Appellee.

Before PROST, Circuit Judge.

## ON MOTION

### ORDER

CellzDirect, Inc. and Invitrogen Corporation (CellzDirect) submit a motion for a stay, pending appeal, of the preliminary injunction issued by the United States District Court for the Northern District of Illinois.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Celsis In Vitro, Inc. is directed to respond no later than October 8, 2010.

(2) The injunction is temporarily stayed, pending the court's receipt of the response and the court's consideration of the papers submitted.